IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MALEEK BURGESS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 7:25-cv-138-WLS-ALS |
| | : |
| CAPT JEROME BURGESS, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

**ORDER**

*Pro se* Plaintiff Maleek Burgess, a pretrial detainee at the Thomas County Jail in Thomasville, Georgia, filed a Complaint which seek relief pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff also filed a motion to amend, which alleges his mail from the Court was "illegally opened out of his presence." (Doc. 4). Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff has the right to amend his Complaint at this stage of the litigation. Therefore, and to the extent he may wish to amend his Complaint, Plaintiff's motion to amend (Doc. 4) is **GRANTED.**

Finally, the Court has reviewed Plaintiff's motion to proceed *in forma pauperis* ("IFP") and finds that it is incomplete. (Doc. 2). A prisoner seeking to proceed IFP must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Plaintiff has not submitted a certified copy of his trust fund account information. Without this

information, the Court cannot determine whether Plaintiff is entitled to proceed IFP or calculate the average monthly deposits or the average monthly balance in Plaintiff's prison trust account as required by 28 U.S.C. § 1915(b)(1), which directs district courts to assess an initial partial filing fee when funds are available.

Plaintiff is thus **ORDERED** to either pay the Court's $405.00 filing fee in full or submit a complete and proper motion to proceed IFP within **FOURTEEN (14) DAYS** of the date of this Order. Plaintiff's motion must include a certified copy of his trust fund account statement for the six months prior to the filing of the Complaint in this action. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose, marked with the case number for the above-captioned action. Plaintiff is additionally instructed to immediately notify the Court, in writing, of any change in his mailing address. **If Plaintiff does not timely and fully comply with this Order, this action may be dismissed.** There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 2nd day of December, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE